# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK MICHAEL BLANTON,<br><br>        Plaintiff,<br><br>    v.<br><br>D.O.J., *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01747-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

       Plaintiff Derrik Michael Blanton ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not file an application to proceed *in forma pauperis* or pay the filing fee.[1]

       In his complaint, Plaintiff alleges violations of his civil rights that took place in "Multi Locations California." (ECF No. 1, p. 1.) Plaintiff only references on specific location in his complaint, the California Medical Facility located in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action

---

[1] The Court further notes that it the complaint is signed "Duress," rather than with Plaintiff's name or signature. (ECF No. 1, p. 6.)

will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: __December 22, 2023__         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE