UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK MICHAEL BLANTON, | No. 2:23-cv-2987 DB P |
| Plaintiff, | |
| v. | ORDER |
| D.O.J., et al., | |
| Defendants. | |

Plaintiff, a state prisoner[1] proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, and requests to proceed in forma pauperis. However, plaintiff did not sign either his complaint or his requests to proceed in forma pauperis. Instead, on the signature line, plaintiff wrote "Duress." (See ECF No. 1 at 6; No. 9 at 2; and No. 16 at 2.) Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint or request to proceed in forma pauperis unless he signs and re-files them.

////

////

---

[1] Plaintiff's most recent filings show that he has been moved to the Richard J. Donovan Correctional Facility in San Diego. The court will direct the Clerk to amend the docket to reflect plaintiff's new address.

1

Accordingly, plaintiff is provided an opportunity to re-file his complaint and request to proceed in forma pauperis bearing his signatures. Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint and a <u>signed</u> affidavit in support of his request to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to amend the docket to reflect plaintiff's new address: Roger J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179.

Dated: March 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/blan2987.r11.1983

2