UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK MICHAEL BLANTON, | No. 2:23-cv-2987 DB P |
| Plaintiff, | |
| v. | ORDER |
| D.O.J. et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. §1983.  On March 7, plaintiff's mother brought a document to the Office of the Clerk.  In it, she states, among other things, that plaintiff is at risk of being killed by enemies, that he is not receiving necessary medical care, and that the prison is testing some sort of weapons on him, which amounts to torture.  Plaintiff has filed numerous documents over the last two months.  This court is unable to discern the purpose of most of these filings.  It appears that plaintiff is concerned about his safety and his health care.

While this court finds some of the allegations patently incredible, out of an abundance of caution, this court will order the Office of the Attorney General to contact the litigation coordinator at R.J. Donovan Correctional Facility ("RJDCF") where plaintiff is incarcerated to inquire about plaintiff's safety, whether plaintiff is currently in need of medical care, and what

////

sort of treatment, if any, plaintiff is currently receiving for any health issues, including mental health issues.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within five days of the date of this order, a representative of the Office of the California Attorney General ("OAG") shall contact the litigation coordinator at RJDCF.  Within seven days, the OAG shall file with the court a report from the litigation coordinator, or other appropriate prison staff, regarding plaintiff's safety, whether plaintiff is currently in need of medical care, and what sort of treatment, if any, plaintiff is currently receiving for any health issues, including mental health issues.

2. The Clerk of the Court shall serve this order upon Supervising Deputy Attorney General Monica Anderson.  In addition, the Clerk shall provide Ms. Anderson with a copy of the documents submitted to the Clerk by plaintiff's mother on March 7 and a copy of plaintiff's complaint (ECF No. 1).

DATED: March 8, 2024

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/blan2987.req to m anderson