IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DERRIK MICHAEL BLANTON,**<br><br>Plaintiff,<br><br>v.<br><br>**D.O.J., et al.,**<br><br>Defendants. | 2:23-cv-02987-DB (PC)<br><br>**[PROPOSED] ORDER SEALING DOCUMENT ADDRESSING SAFETY CONCERNS**<br><br>Judge:        Hon. Deborah Barnes<br>Trial Date:   N/A<br>Action Filed: December 21, 2023 |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. §1983. On March 7, plaintiff's mother brought a document to the Office of the Clerk. In it, she states, among other things, that plaintiff is at risk of being killed by enemies, that he is not receiving necessary medical care, and that the prison is testing some sort of weapons on him, which amounts to torture. (*See* Order, ECF No. 21.) Out of an abundance of caution, the Court ordered that:

> [A] representative of the Office of the California Attorney General ("OAG") shall contact the litigation coordinator at [R.J. Donovan Correctional Facility]. Within seven days, the OAG shall file with the court a report from the litigation coordinator, or other appropriate prison staff, regarding plaintiff's safety, whether plaintiff is

1

currently in need of medical care, and what sort of treatment, if any, plaintiff is currently receiving for any health issues, including mental health issues.

(*Id.*)

On March 15, 2024, the OAG submitted the declaration of the litigation coordinator at R.J. Donovan Correctional Facility addressing the issues identified in the Court's order, along with a request under Local Rule 141 that the declaration be filed under seal because it contains confidential and sensitive information that should not be disclosed to the public.

Having considered the request to seal documents, the Court finds that compelling reasons exist to file the declaration under seal, to remain confidential indefinitely, with access limited solely to the Court and its staff. Any party or interested member of the public moving under Local Rule 141(f) to unseal the declaration, must provide legal notice of the motion to the California Department of Corrections and Rehabilitation and the OAG.

IT IS SO ORDERED.

Dated:  March 18, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
blan23cv2987.seal