1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DERRIK MICHAEL BLANTON,                    No.  2:23-cv-02987-DAD-DB (PC)

12                  Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   D.O.J., et al.,                            THIS ACTION

15                  Defendants.                 (Doc. No. 44)

16

17        Plaintiff Derrik Michael Blanton is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 20, 2024, the assigned magistrate judge screened plaintiff's second amended

21   complaint and issued findings and recommendations recommending that this action be dismissed

22   because "plaintiff again fails to state any claims for relief cognizable under § 1983" and "most of

23   plaintiff's wide-ranging and unfocused allegations are patently incredible and the others are

24   conclusory assertions of harm."  (Doc. No. 44 at 1.)  The magistrate judge also recommended that

25   plaintiff not be granted further leave to amend because plaintiff ignored the court's specific

26   instructions in the prior screening order and "any further instructions to plaintiff would be futile."

27   (*Id.* at 3.)  Those findings and recommendations were served on plaintiff and contained notice that

28   any objections thereto were to be filed within twenty-one (21) days of service.  (*Id.* at 4.)  On

                                                1

1   January 22, 2024, plaintiff filed objections to the pending findings and recommendations.  (Doc.

2   No. 45.)

3        As with his second amended complaint and his numerous other filings in this action,

4   plaintiff's objections are largely unintelligible, consisting of a several pages of rambling, non-

5   sensical phrases.  (*Id.*)  Plaintiff's objections simply do not provide any basis upon which to reject

6   the pending findings and recommendations.

7        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

8   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

9   including plaintiff's objections, the court concludes that the findings and recommendations are

10  supported by the record and proper analysis.

11       Accordingly:

12  1.   The findings and recommendations issued on June 20, 2024 (Doc. No. 44) are

13       adopted in full;

14  2.   This action is dismissed due to plaintiff's failure to state a cognizable claim for

15       relief; and

16  3.   The Clerk of the Court is directed to close this case.

17       IT IS SO ORDERED.

18  Dated:   **July 11, 2024**

19                                        DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

2